

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00330-CV

**BRYAN LIGHT,**

                                                              **Appellant**

 **v.**

**VISTRA ENERGY AND TXU ENERGY REP 10004,**

                                                     **Appellees**

_____

### From the 443rd District Court
### Ellis County, Texas
### Trial Court No. 98838

_____

## ORDER ASSIGNING MEDIATOR

_____

This appeal was referred to mediation on February 13, 2019. The parties were ordered to confer and attempt to agree upon a mediator. We have received an objection to mediation from appellees and a request to continue with mediation from appellant. Appellant further requests that we assign James R. Jenkins, II as mediator. After considering the parties' requests, we overrule the objection and assign James R. Jenkins, II as the mediator. He can be contacted at the following address, telephone phone number, or email:

215 S. College St.
Waxahachie, TX 75165
(972) 937-1431
info@jamesrjenkinslaw.com

All other provisions of the order referring the appeal to mediation, dated February 13, 2018, remain in effect, including that the mediation must occur within thirty days after the date of this Order assigning a mediator.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Objection overruled
Mediator assigned
Order issued and filed March 6, 2019

